UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARK S. HORTON

VERSUS

CHAPLAIN JACKSON, ET AL

CIVIL ACTION

NO. 09-915-BAJ-DLD

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the February 22, 2001, Report and Recommendation of the United States Magistrate Judge, to which no objection has been filed. The Court hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's own opinion herein.

Accordingly, the motion by defendants for summary judgment[1] (doc. 9) is hereby **GRANTED**, and this action shall be dismissed with prejudice

Baton Rouge, Louisiana, May _18_, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Though captioned as a motion to dismiss, the motion was converted to a motion for summary judgment pursuant to Rule 12(d) of the Federal Rules of Civil Procedure (doc. 10).